# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         NO. 4:07CR00013-001 SWW

OTTES SYLVESTER ROGERS

### ORDER OF DISMISSAL

Pursuant to the government's motion for dismissal of the indictment against the above defendant pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

IT IS SO ORDERED that the government's motion [doc #7] be, and it hereby is **granted**, and the indictment pending against defendant Ottes Sylvester Rogers, in the above case, hereby is dismissed without prejudice.

DATED this 12th day of October 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE